# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:12-BK-14602 KRM  
**Case Name:** OWEN, PHILLIP GUY  
OWEN, PATRICIA NEAL  
**Period Ending:** 09/30/13

**Trustee:** (290039)   RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 09/25/12 (f)  
**§341(a) Meeting Date:** 10/29/12  
**Claims Bar Date:** 01/10/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  real property located at: 1864 Oakdale Lane Sout  Orig. Asset Memo: Imported from original petition Doc# 1;  (See Footnote) | 230,000.00 | 0.00 | | 0.00 | 2,500.00 |
| 2  Regions Bank checking acct. #****2466  Orig. Asset Memo: Imported from original petition Doc# 1; | 44.63 | 0.00 | | 0.00 | FA |
| 3  Regions Bank checking acct. #****8025 d/b/a Go F  Orig. Asset Memo: Imported from original petition Doc# 1; | 10.75 | 0.00 | | 0.00 | FA |
| 4  USAA Federal Savings Bank checking acct. #****72  Orig. Asset Memo: Imported from original petition Doc# 1; | 27.55 | 27.55 | | 0.00 | FA |
| 5  USAA Federal Savings Bank checking acct. #****31  Orig. Asset Memo: Imported from original petition Doc# 1; | 0.02 | 0.02 | | 0.00 | FA |
| 6  USAA Fedeal Savings Bank money market acct. #***  Orig. Asset Memo: Imported from original petition Doc# 1; | 0.06 | 0.06 | | 0.00 | FA |
| 7  Misc. household good and furnishings - see Attac  Orig. Asset Memo: Imported from original petition Doc# 1; | 1,870.00 | 0.00 | | 0.00 | FA |

| | | | | Page: 2 |
|---|---|---|---|---|

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 8:12-BK-14602 KRM  **Trustee:** (290039)   RICHARD M. DAUVAL
**Case Name:** OWEN, PHILLIP GUY  **Filed (f) or Converted (c):** 09/25/12 (f)
OWEN, PATRICIA NEAL  **§341(a) Meeting Date:** 10/29/12
**Period Ending:** 09/30/13  **Claims Bar Date:** 01/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Misc. pictures and mirrors - $100 Misc. books -<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. men's wearing apparel and accessories<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Misc. women's wearing apparel and accessories<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 100.00 | 0.00 | | 0.00 | FA |
| 11 | wedding ring - $350 3 watches - $50 misc. jewelr<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 400.00 | 0.00 | | 0.00 | FA |
| 12 | handgun - $50 2 sets of golf clubs - $200<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 250.00 | 0.00 | | 0.00 | FA |
| 13 | USAA Life Insurance Company term life policy - n<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 14 | USAA Life Insurance Company term life policy - n<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 8:12-BK-14602 KRM  
**Case Name:** OWEN, PHILLIP GUY  
              OWEN, PATRICIA NEAL  
**Period Ending:** 09/30/13

**Trustee:** (290039)   RICHARD M. DAUVAL  
**Filed (f) or Converted (c):** 09/25/12 (f)  
**§341(a) Meeting Date:** 10/29/12  
**Claims Bar Date:** 01/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Go Financial & Consulting Services receivables<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 489.50 | 489.50 | | 0.00 | FA |
| 16 | Debtor's 1/3 interest in death benefit of life i<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 233.33 | 0.00 | | 0.00 | FA |
| 17 | 2004 Saab 9-3 (127,000 mi)<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 18 | 1999 Dodge Durango (248,000 mi)<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | | 0.00 | FA |
| 19 | 1 dog (family pet only)<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Icon Capital Corp. Fund Nine - original investme<br>    Orig. Asset Memo: Imported from original petition Doc# 1;   (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 21 | Dubose Model Home Income Fund. Invested in fund<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | Unknown | 0.00 | | 0.00 | FA |

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:12-BK-14602 KRM | **Trustee:** (290039)   RICHARD M. DAUVAL |
| **Case Name:** OWEN, PHILLIP GUY | **Filed (f) or Converted (c):** 09/25/12 (f) |
| OWEN, PATRICIA NEAL | **§341(a) Meeting Date:** 10/29/12 |
| **Period Ending:** 09/30/13 | **Claims Bar Date:** 01/10/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Assets   Totals   (Excluding unknown values) | $236,175.84 | $2,517.13 | | $0.00 | $2,500.00 |

RE PROP# 1    Attempting to sell the home subject to all liens and encumbrances. Current Trustee value reflects
good faith estimate as to market value

RE PROP# 20    exempted

**Major Activities Affecting Case Closing:**

10/08/13: filed noa
10/07/13: offer from phantom investor, served RNS, filed with PACER.
10/01/13: sent it out to phantom equity investors.
08/23/13: finally gaining some traction on the sale negotiation. Listing agent advises that bank is attmepting to set up BPO.
07/25/13: the person who was assigned to this matter, reassigned it to another. Confirmed with that person that they are now reviewing the proposed sale. The loan was transferred from BoA to Greentree.
06/26/13: Bank of America has the file and have assigned someone to review it, they are using this as a test case for future deals. Emailed
05/15/13: BoA has asked to see the files. Provided same via Michael Crane.
04/18/13: no movement on Equator, placed file with Michael Crane
03/29/13: DA amended Schedule to protect liquidating fund.
03/28/13: Order Granting entered, gave to TKH to initiate short sale negotiation
03/14/13: drafted and emailed lender's counsel the proposed agreed order.
03/13/13: call with lender's counsel, they will enter into an Agreed Order.
03/03/13: hearing set for 3/19, emailed DA about liquidating fund.
02/11/13: filed motion to sell, filed AESC: U6SLTY9P73
02/08/13: made final edits to motion to sell, discussed HUD terms with TKH and sale terms.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

| Case Number: | 8:12-BK-14602 KRM | Trustee: | (290039) RICHARD M. DAUVAL |
|---|---|---|---|
| Case Name: | OWEN, PHILLIP GUY | Filed (f) or Converted (c): | 09/25/12 (f) |
| | OWEN, PATRICIA NEAL | §341(a) Meeting Date: | 10/29/12 |
| Period Ending: | 09/30/13 | Claims Bar Date: | 01/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

02/06/13: Review title and draft motion and HUD.
01/28/13: Order title search
01/23/13: We got a contract on the home, need to file AESC and initiate title search, draft motion, etc. 1/23/2013
01/21/13: offer in on the home.
12/26/12: realtor hired on 11/30/2012. No offers yet.
11/28/12" pursuing sale of home. Filed app to employ realtor: VRUNLJL63N

**Initial Projected Date Of Final Report (TFR):** June 15, 2013     **Current Projected Date Of Final Report (TFR):** February 15, 2014